B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of Pennsylvania - Johnstown Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Granny's Family Restaurant, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **FDBA BIB Enterprises** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **25-1621350** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **613 Valley View Blvd, Altoona, PA** ZIP Code **16602** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Blair** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Granny's Family Restaurant, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Granny's Family Restaurant, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Debtor

X _____
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Roger Poorman Esq.**
Signature of Attorney for Debtor(s)

**Roger Poorman Esq. 206562**
Printed Name of Attorney for Debtor(s)

**Spence, Custer, Saylor, Wolfe & Rose, LLC**
Firm Name

**P.O.Box 280**
**400 Ameriserv Financial Building**
**Johnstown, PA 15907-0280**

Address

               **Email: jwalsh@spencecuster.com**
**814 536-0735  Fax: 1-814-539-1423**
Telephone Number

**May 20, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David T. Phillips**
Signature of Authorized Individual

**David T. Phillips**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 20, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Western District of Pennsylvania - Johnstown Division

In re  **Granny's Family Restaurant, Inc.**  Case No.
Debtor(s)  Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanta Credit Card<br>PO Box 5657<br>Hicksville, NY 11802-5657 | Advanta Credit Card<br>PO Box 5657<br>Hicksville, NY 11802-5657 | | | 16,825.49 |
| Bank of America (Business Card)<br>PO Box 15710<br>Wilmington, DE 19886-5710 | Bank of America (Business Card)<br>PO Box 15710<br>Wilmington, DE 19886-5710 | | | 5,473.46 |
| Blair County Tax Claim Bureau<br>423 Allegheny St.<br>Suite 143<br>Hollidaysburg, PA 16648 | Blair County Tax Claim Bureau<br>423 Allegheny St.<br>Suite 143<br>Hollidaysburg, PA 16648 | | | 30,072.70 |
| Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Capital One<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | | | 24,338.58 |
| Chase Card Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Card Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | 41,536.02 |
| Chase Slate Card Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Slate Card Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | 20,109.44 |
| Citizens Bank<br>2001 Market Street<br>Philadelphia, PA 19103 | Citizens Bank<br>2001 Market Street<br>Philadelphia, PA 19103 | | | 14,964.53 |
| First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | DBV 1954 Page 706 | | 9,470.56 |
| First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | DBV 1863 Page 432 | | 18,798.04 |
| First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | DBV 1674 Page 383 | | 107,810.15 |
| First National Bank (Lee Food Distributor)<br>PO Box 70<br>Lewistown, PA 17044 | First National Bank (Lee Food Distributor)<br>PO Box 70<br>Lewistown, PA 17044 | | | 17,306.33 |

B4 (Official Form 4) (12/07) - Cont.

In re **Granny's Family Restaurant, Inc.**                                              Case No.
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>1000 Liberty Avenue - Room 806<br>William Moorhead Federal Building<br>Pittsburgh, PA 15222 | Internal Revenue Service<br>1000 Liberty Avenue - Room 806<br>William Moorhead Federal Building<br>Pittsburgh, PA 15222 | | | 192,326.00 |
| Internal Revenue Service<br>1000 Liberty Avenue - Room 806<br>William Moorhead Federal Building<br>Pittsburgh, PA 15222 | Internal Revenue Service<br>1000 Liberty Avenue - Room 806<br>William Moorhead Federal Building<br>Pittsburgh, PA 15222 | | | 67,262.00 |
| Lew Makin<br>4115 Third Ave.<br>Altoona, PA 16602 | Lew Makin<br>4115 Third Ave.<br>Altoona, PA 16602 | | | 11,500.00 |
| PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | | | 11,684.21 |
| PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | | | 5,551.07 |
| PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | | | 4,135.18 |
| PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | PA Dept of Revenue<br>615 Howard Avenue<br>Altoona, PA 16602 | | | 39,244.52 |
| PA Unemployment Comp Fund<br>PO Box 68568<br>Harrisburg, PA 17106 | PA Unemployment Comp Fund<br>PO Box 68568<br>Harrisburg, PA 17106 | | | 4,789.66 |
| Reinhart Foodservice<br>226 East View Drive<br>Mount Pleasant, PA 15666 | Reinhart Foodservice<br>226 East View Drive<br>Mount Pleasant, PA 15666 | | | 31,987.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 20, 2011**                            Signature    **/s/ David T. Phillips**
                                                              **David T. Phillips**
                                                              **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Advanta Credit Card
PO Box 5657
Hicksville, NY 11802-5657

Altoona Area School District
Wage Tax Collection Office
200 RE Crawford Avenue
Altoona, PA 16602

Altoona Area School District
200R E. Crawford Avenue
Altoona, PA 16602

Altoona Fire Department
1319 Washington Avenue
Altoona, PA 16601

Altoona Mirror
PO Box 2008
Altoona, PA 16603

Altoona Soft Water
445 S. Logan Blvd.
Altoona, PA 16602

Altoona Water Authority
900 Chestnut Avenue
Altoona, PA 16601

Angelo Pacifico & Sons
1208 5th Avenue
Altoona, PA 16602

Bank of America (Business Card)
PO Box 15710
Wilmington, DE 19886-5710

Bimbo Foods, Inc.
PO Box 642022
Pittsburgh, PA 15264

Blair County Tax Claim Bureau
423 Allegheny St.
Suite 143
Hollidaysburg, PA 16648

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Carl Lechner
415 Roberts St.
Tyrone, PA 16686

```
Carley Jones Rev. Enforcement Collection
PA Dept. of Revenue Bureau of Collection
& Taxpayer Services, Suite 204
Cricket Field Plaza 615 Howard Pass Ave.
Altoona, PA 16601

Carnegie Equipment
5930 6th Avenue
Altoona, PA 16602

Central Bank
A Division of First Commonwealth Bank
PO Box 503 N. Juniata Street
Hollidaysburg, PA 16648

Central Maryland Associates, Inc.
1539 Tilco Drive #114
Frederick, MD 21704

Central Tax Bureau
PO Box 458
Altoona, PA 16602

Chase Card Services
PO Box 15153
Wilmington, DE 19886-5153

Chase Slate Card Services
PO Box 15153
Wilmington, DE 19886-5153

Christopher L. Borsani, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Citizens Bank
2001 Market Street
Philadelphia, PA 19103

City of Altoona
PO Box 1805
Altoona, PA 16603

Damin Printing
PO Box 338
Ebensburg, PA 15931

David T. Phillips
8 Sheridan Road
Lebanon, NJ 08833

Eastern Alliance Insurance
PO Box 206
East Petersburg, PA 17520
```

```
Fairway Lab
2019 9th Avenue
Altoona, PA 16602

Fibernet
P.O. Box 2021
Mechanicsburg, PA 17055-0783

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400

First Commonwealth Bank
22 N Sixth Street
Indiana, PA 15701

First National Bank
(Lee Food Distributor)
PO Box 70
Lewistown, PA 17044

Fox 8/ ABC 23
1107 East Walton Ave.
Altoona, PA 16602

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

Glunt Company, Inc.
3287 Juniata Gap Road
Altoona, PA 16601

Internal Revenue Service
1000 Liberty Avenue - Room 806
William Moorhead Federal Building
Pittsburgh, PA 15222

ITAJ (WTAJ)
201 Humboldt St.
Rochester, NY 14610

K.I. Graphics
5516 6th Ave.
Altoona, PA 16602

Lew Makin
4115 Third Ave.
Altoona, PA 16602

Liberty Fire Solution
13210 Dunnings Highway
Claysburg, PA 16625
```

```
McAleer's Plumbing
1008 Chestnut Avenue
Altoona, PA 16602

McCartney's Office Supplies
PO Box 1714
Altoona, PA 16603

Mellon Bank, N.A.
Business Banking Loan Center
Two Mellon Bank Center, Rm. 152-0350
Pittsburgh, PA 15259-0001

PA Department of Labor and Industry
Office of General Counsel
914 Penn Ave. 6th Floor
Pittsburgh, PA 15222

PA Dept of Revenue
615 Howard Avenue
Altoona, PA 16602

PA Unemployment Comp Fund
PO Box 68568
Harrisburg, PA 17106

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Peoples Natural Gas
PO Box 26784
Richmond, VA 23261-6784

Reinhart Foodservice
226 East View Drive
Mount Pleasant, PA 15666

Ritchey's Dairy
2130 Cross Cove Road
Martinsburg, PA 16662

Robert's Pest Control
PO Box 1662
Hollidaysburg, PA 16648

Servicemaster
1533 3rd Avenue
Altoona, PA 16602

Staples Credit Plan
PO Box 68920
Des Moines, IA 50368-9020
```

```
State Cleaning Solutions
3100 Hamilton Avenue
Cleveland, OH 44114

Sysco
One Whitney Drive
Harmony, PA 16037

Waste Management
625 Cherrington Parkway
Coraopolis, PA 15108

Watters Masonry
603 E. 4th Street
Bellwood, PA 16617

Wilson Supply Company
PO Box 870
Cumberland, MD 21501

Yellow Book
PO Box 3162
Cedar Rapids, IA 52406
```